IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 30  P 2:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR-313-W |
| ) | (18 U.S.C. 641) |
| KATALIN BLOKER ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 21st day of November 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **KATALIN BLOKER** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

/s/ Kent Brunson
KENT BRUNSON
Assistant United States Attorney

/s/
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF AMERICA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 21 November 2005, via closed circuit video monitors, I observed KATALIN BLOKER remove a pair of JW earrings from their cardboard backer and replace them with a pair of Monet earrings. BLOKER continued to shop eventually going to the cosmetics area. There, BLOKER picked up a tube of lip-gloss. BLOKER proceeded to remove a 75% off sticker from an item on a discount table and placed it on the lip-gloss. BLOKER subsequently presented the items with the fraudulent prices to the cashier when she paid for her purchases. The price of the Monet earrings was $12.50, but BLOKER paid only the $3.95 price of the JW earrings. The price of the lip-gloss was $6.39, but BLOKER paid only $1.60. The total value of all the items she took, but did not pay for, was $18.89.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 13th day of December, 2005.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS