IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr313-SRW |
| | ) | |
| KATALIN BLOKER | ) | |

**ORDER**

Upon consideration of defendant's *Motion for Appointment of Counsel* (Doc. #6) filed on February 17, 2006\, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.  The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act 18 U. S. C. §3004A.  Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings.  Appointed counsel shall file a written notice of appearance with the court.

DONE, this 21st day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE