| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: **March 7, 2006** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **10:10 - 10:53** |

√ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr313-W   **DEFENDANT NAME:** Katalin Bloker
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.

☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**
   ☐ Guilty as to:
      ☐ Count(s):
      ☐ Count(s):      ☐ dismissed on oral motion of USA
                ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**

☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count

√ **MISDEMEANOR CRIMINAL TERM:**   **5/15/06**      ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:   3/7/06**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____

☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____

☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel