IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 2:05cr313-SRW |
| ) | |
| KATALIN BLOKER   ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, Katalin Bloker, in the above-styled case.

Dated this 13th day of March 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

     I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson and Capt. Neal Frazier.

     Respectfully submitted,

     s/Jennifer A. Hart
     **JENNIFER A. HART**
     FEDERAL DEFENDERS
     MIDDLE DISTRICT OF ALABAMA
     201 Monroe Street, Suite 407
     Montgomery, AL 36104
     Phone: (334) 834-2099
     Fax: (334) 834-0353
     jennifer_hart@fd.org
     AL Bar Code: HAR189