IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:05cr313-SRW |
| | ) |
| KATALIN BLOKER | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **KATALIN BLOKER,** after being first advised of her right to a speedy trial as guaranteed her by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a speedy trial as to the May 16, 2006 trial term.

_____
**KATALIN BLOKER**

Case 2:05-cr-00313-SRW   Document 13   Filed 05/05/2006   Page 2 of 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson and Capt. Neal Frazier.

                                    Respectfully submitted,

                                    s/Jennifer A. Hart
                                    **JENNIFER A. HART**
                                    FEDERAL DEFENDERS
                                    MIDDLE DISTRICT OF ALABAMA
                                    201 Monroe Street, Suite 407
                                    Montgomery, AL 36104
                                    Phone: (334) 834-2099
                                    Fax: (334) 834-0353
                                    jennifer_hart@fd.org
                                    AL Bar Code: HAR189